THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ISAIAH SPANN, Defendant-Appellant.

(No. 60547;

First District (5th Division)—April 25, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Marilyn D. Israel, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Marcia B. Orr and Donald M. Devlin, Assistant State's Attorneys, of counsel), for the People.